Christopher R. LeClerc, Esq. (SB# 233479)
**LE CLERC & LE CLERC LLP**
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: chris@leclerclaw.com

Attorneys for Plaintiff CHANDANI DEZURE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA STUART PLINER, SB# 261976
Email: Jessica.Pliner@lewisbrisbois.com
MARA A. SACKMAN, SBN# 330490
Email: Mara.Sackman@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

**MITCHELL BARLOW & MANSFIELD, P.C.**
CHRISTOPHER SULLIVAN (*Admitted Pro Hac Vice*)
Email: Csullivan@mbmlawyers.com
KADE OLSEN (*Admitted Pro Hac Vice*)
Email: KOlsen@mbmlawyers.com
9 Exchange Place
Salt Lake City, Utah 84102
Telephone: (801) 998-8888
Facsimile: (801) 998-8077

Attorneys for Defendant THE AMERICAN BOARD OF PEDIATRICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### [SAN JOSE DIVISION]

| | |
|---|---|
| CHANDANI DEZURE, an individual, | Case No. 5:20-cv-09123 |
| Plaintiff, | **STIPULATION TO DISMISS ACTION <u>WITHOUT</u> PREJUDICE** |
| v. | |
| THE AMERICAN BOARD OF PEDIATRICS; and DOES 1-50, inclusive, | |
| Defendants. | |

### *Recitals*

*Whereas*, the parties to this action have reached an agreement to resolve this matter, the terms of which are confidential;

*Whereas,* the parties wish to dismiss this action without prejudice as a result of, and subject to, the terms of the confidential agreement reached by and between the parties;

*Whereas,* the parties request the Court retain jurisdiction to enter a dismissal with prejudice at a later date in the event that future events occur, the occurrence of which is not presently certain.

### *Stipulation*

Pursuant to Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by all parties that have appeared in this action that this lawsuit be dismissed ***without prejudice*** as to all parties and all causes of action, with each side to bear its own fees and costs.

The Parties further stipulate that the Court retain jurisdiction to enter a dismissal with prejudice in the future if events, presently uncertain to occur, occur and the parties file such a request.

DATED: March 31, 2022        MITCHELL BARLOW & MANSFIELD, P.C.

By: /s/
CHRIS SULLIVAN
Attorneys for Defendant
THE AMERICAN BOARD OF PEDIATRICS, INC.

DATED: March 31, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/
JESSICA S. PLINER
Attorneys for Defendant
THE AMERICAN BOARD OF PEDIATRICS, INC.

1  DATED: March 31, 2022						LeCLERC & LeCLERC LLP

3						By: _____
4							Christopher R. LeClerc
							Attorneys for Plaintiff
5							CHANDANI DeZURE

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 31, 2022						LeCLERC & LeCLERC LLP

						By: _____/s/_____
							Christopher R. LeClerc
							Attorneys for Plaintiff
							CHANDANI DeZURE

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: March 31, 2022

						_____
						HON. [GRANTED — signed Judge Nathanael M. Cousins, United States District Court, Northern District of California]